AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

JUL 1 4 2015

David J. Bradley, Clerk

SOUTHERN    DISTRICT OF    TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Javier Adame-Macias
A200 581 502

**CRIMINAL COMPLAINT**

Case Number: M-15- 1159 -M

IAE    YOB: 1988
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____July 13, 2015_____ in _____Starr_____ County, in the _____Southern_____ District of _____Texas_____

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Javier Adame-Macias was encountered by Border Patrol Agents near Roma, Texas on July 13, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 13, 2015, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 28, 2014, through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 12, 2008, the defendant was convicted of Distribute of Controlled Substance and was sentenced to three (3) years confinement with one hundred and eighty seven (187) days credit time served.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Approved by Lynn Wang

Sworn to before me and subscribed in my presence,    2:56 pm

Signature of Complainant

July 14, 2015

Cipriano Shears Jr.    Border Patrol Agent

Peter E. Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer